An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY PERRY OLIVER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65516

**FILED**

JUN 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of two proper person notices of appeal. Eighth Judicial District Court, Clark County; Jerome T. Tao, Judge.

In the notices of appeal, appellant stated he was appealing from the denial of a motion for the district court to comply with the Supreme Court's mandate dismissing count 1. Additionally, appellant stated that he is seeking review of his case. The denial of a motion to comply with a mandate dismissing count 1 is not an appealable decision. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Because appellant has failed to designate an appealable decision, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-19360

cc: Hon. Jerome T. Tao, District Judge
Anthony Perry Oliver
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk